IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SISTEMAS AUTOMOTRICES DE MEXICO, S.A. DE C.V.<br><br>Plaintiff,<br><br>v.<br><br>MERITOR HEAVY VEHICLE SYSTEMS, LLC<br><br>Defendant. | Civil Action No. 14 CV 05289<br><br>Judge Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |
| MERITOR HEAVY VEHICLE SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>QUIMMCO, S.A. DE C.V., and SISTEMAS AUTOMOTRICES DE MEXICO, S.A. DE C.V.<br><br>Defendant. | Civil Action No. 14 CV 05319<br><br>Judge Rebecca R. Pallmeyer<br><br>Jury Trial Demanded |

**JOINT MOTION TO SEAL TEMPORARILY PURSUANT TO LOCAL RULE 26.2 THE PARTIES' EXHIBITS IN SUPPORT OF THEIR MOTIONS TO DISMISS**

The parties are all defendants in one of the above-captioned cases, which are both pending before this Court. Today, the parties as defendants in the respective actions are filing motions to dismiss in lieu of filing answers. The above-captioned cases relate to several confidential agreements between the parties, which the parties seek to file in support of their

motions to dismiss: The "Shareholders Agreement" (and certain exhibits thereto) and three separate "supply agreements," Supply Agreement A, Supply Agreement B and Supply Agreement C (and certain exhibits thereto). The parties agree that portions of these agreements contain competitively sensitive business information including but not limited to pricing information and certain negotiated terms of the parties' relationships that the parties have kept confidential. This confidential information could cause competitive harm to one or more of the parties if made public. Therefore, the parties jointly move to seal temporarily pursuant to Local Rule 26.2 the parties' exhibits in support of their motions to dismiss.

This confidential information is properly filed under seal. *See, e.g.*, *SmithKline Beecham Corp. v. Pentech Pharms., Inc.*, 261 F. Supp. 2d 1002, 1008 (N.D. Ill. 2003) ("Although documents submitted to a court are presumptively available for public inspection in order to facilitate public monitoring of the courts, portions of documents that are shown to contain trade secrets, or other information that would cause undue private or public harm if disclosed, as by invading personal privacy gratuitously, may be kept under seal.") (internal citations omitted).

Yesterday, the parties disclosed to each other their intention to file motions to dismiss together with the agreements at issue upon which the respective complaints rely. The parties are mindful that some portions of the agreements at issue do not contain competitively sensitive information that should remain under seal. The parties' memoranda in support of their motions, which do not disclose the content of pricing or other similarly sensitive terms, will be filed publicly. The parties, however, have not yet had sufficient time to meet and confer to determine the appropriate scope of redactions to the exhibits to their motions to propose to the Court so that a redacted version of these agreements can be filed publicly in the above-captioned cases.

The parties propose to meet and confer and present their proposed redactions to the Court at the Rule 16 conference now scheduled for September 8, 2014. Accordingly, the parties propose that the Court enter an order temporarily sealing the parties' exhibits in support of their respective motions to dismiss—specifically the exhibits appended to the declarations of Erik Haas and Peter B. Bensinger of today's date—until further order of the Court following the parties' Rule 16 conference.

DATED: August 22, 2014

Respectfully submitted,

| | |
|---|---|
| SISTEMAS AUTOMOTRICES DE MEXICO, S.A. de C.V. AND QUIMMCO S.A. de C.V. | MERITOR HEAVY VEHICLE SYSTEMS, LLC |
| By: /s/ Terri L. Mascherin | By: /s/ Peter B. Bensinger, Jr. |
| Terri L. Mascherin<br>Laura B. Hulce<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654<br>Tel: 312-923-2799<br>Fax: 312-840-7799<br>tmascherin@jenner.com<br>lhulce@jenner.com<br><br>Erik Haas<br>Adeel A. Mangi<br>Alicia Tallbe<br>Elena Steiger Reich<br>Ryan Mott<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Tel: 212-336-2000<br>Fax: 212-336-2222<br>ehaas@pbwt.com<br>aamangi@pbwt.com<br>atallbe@pbwt.com<br>esteigerreich@pbwt.com<br>rmott@pbwt.com<br><br>*Attorneys for Sistemas Automotrices de Mexico, S.A. de C.V. and Quimmco S.A. de C.V.* | Peter B. Bensinger, Jr.<br>Katherine G. Minarik<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, Illinois 60654<br>Tel.:   (312) 494-4400<br>Fax:   (312) 494-4440<br>peter.bensinger@bartlit-beck.com<br>katherine.minarik@bartlit-beck.com<br><br>*Attorneys for Meritor Heavy Vehicle Systems, LLC* |

**CERTIFICATE OF SERVICE**

I, Peter B. Bensinger, Jr., an attorney, hereby certify that a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system and emailed to all counsel of record in the above-captioned cases on August 22, 2014 including:

| | |
|---|---|
| Terri L. Mascherin (tmascherin@jenner.com) | Erik Haas (ehaas@pbwt.com) |
| Laura B. Hulce (lhulce@jenner.com) | Adeel A. Mangi (aamangi@pbwt.com) |
| JENNER & BLOCK LLP | Alicia Tallbe (atallbe@pbwt.com) |
| 353 North Clark Street | Elena Steiger Reich |
| Chicago, Illinois 60654 | (esteigerreich@pbwt.com) |
| Tel: 312-923-2799 | Ryan Mott (rmott@pbwt.com) |
| Fax: 312-840-7799 | PATTERSON BELKNAP WEBB & TYLER LLP |
| | 1133 Avenue of the Americas |
| | New York, New York 10036 |
| | Tel: 212-336-2000 |
| | Fax: 212-336-2222 |

*Attorneys for Quimmco, S.A. de C.V. and Sistemas Automotrices de Mexico, S.A. de C.V.*

By: /s/ Peter B. Bensinger, Jr.

*Attorney for Meritor Heavy Vehicle Systems, LLC*