# EXHIBIT 1

Subject to Joint Motion to Seal

# EXHIBIT 2

Subject to Joint Motion to Seal

# EXHIBIT 3

Subject to Joint Motion to Seal

# EXHIBIT 4

Subject to Joint Motion to Seal

# EXHIBIT 5

Subject to Joint Motion to Seal