UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MERITOR HEAVY VEHICLE SYSTEMS, LLC, :

                Plaintiff, : No. 14-cv-5319,

                                  Honorable Rebecca R. Pallmeyer

      - against - :

QUIMMCO S.A. DE C.V. AND SISTEMAS :
AUTOMOTRICES DE MEXICO, S.A. DE C.V.,

                :

                Defendants.

                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Meritor Heavy Vehicle Systems, LLC, hereby dismisses, with prejudice and without costs to any party, all claims and causes of action against Defendants Sistemas Automotrices de México, S.A. de C.V. and Quimmco, S.A. de C.V. in the above-captioned litigation.

By: _____

**PATTERSON BELKNAP
WEBB & TYLER LLP**
Erik Haas*
Muhammad U. Faridi*
1133 Avenue of the Americas
New York, New York 10036
Tel: 212-336-2000

By: _____

**BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP**
Peter B. Bensinger, Jr.
Reid M. Bolton
Faye E. Paul
54 West Hubbard Street
Chicago, Illinois 60654

| | |
|---|---|
| Fax: 212-336-2222<br>ehaas@pbwt.com<br>mfaridi@pbwt.com | Tel.: 312-494-4400<br>Fax: 312-494-4440 |
| Terri L. Mascherin<br>Jenner & Block LLP<br>353 North Clark St.<br>Chicago, Illinois 60654<br>Tel: 312-923-2799<br>Fax: 312-840-7799<br>tmascherin@jenner.com | peter.bensinger@bartlit-beck.com<br>reid.bolton@bartlitt-beck.com<br>faye.paul@bartlitt-beck.com<br><br>*Attorneys for Meritor Heavy Vehicle Systems, LLC* |
| *Attorneys for Sistemas Automotrices de México, S.A. de C.V. and Quimmco, S.A. de C.V.* | |

*Admitted Pro hac vice

## CERTIFICATE OF SERVICE

      I, Reid M. Bolton, an attorney, hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System and emailed to counsel listed below on July 6, 2017:

| | |
|---|---|
| Terri L. Mascherin (tmascherin@jenner.com) | Erik Haas (ehaas@pbwt.com) |
| Laura B. Hulce (lhulce@jenner.com) | Adeel A. Mangi (aamangi@pbwt.com) |
| JENNER & BLOCK LLP | Alicia Tallbe (atallbe@pbwt.com) |
| 353 North Clark Street | Elena Steiger Reich |
| Chicago, Illinois 60654 | (esteigerreich@pbwt.com) |
| Tel: (312) 923-2799 | Mahummad Faridi (mfaridi@pbwt.com) |
| Fax: (312) 840-7799 | Rachel Sherman (rsherman@pbwt.com) |
| | PATTERSON BELKNAP WEBB & TYLER LLP |
| | 1133 Avenue of the Americas |
| | New York, New York 10036 |
| | Tel: (212) 336-2000 |
| | Fax: (212) 336-2222 |

*Attorneys for Quimmco, S.A. de C.V. and Sistemas Automotrices de Mexico, S.A. de C.V.*

      By: /s/ Reid M. Bolton

      *Attorney for Meritor Heavy Vehicle Systems, LLC*